IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EARL B. DEAN,
    Plaintiff,

vs.                                        Case No.:  3:09cv234/WS/EMT

AT&T and
NUVOX,
    Defendants.
_____/

**ORDER**

      Plaintiff, appearing pro se, initiated this action by filing a civil complaint pursuant to 28 U.S.C. § 1332 (Doc. 1).  The filing fee has been paid.

      Plaintiff is informed that it is his responsibility to formally serve the complaint so that Defendants may be given an opportunity to respond to his allegations.  In light of Plaintiff's pro se status, the court will provide him with information concerning service.  To effect service of process, each Defendant must be delivered a copy of the complaint and a summons that is issued to Plaintiff by the clerk of court.  Service may be effected by any person who is at least 18 years of age and <u>is not a party to this action</u>.  Service upon a corporation is effected by serving the Defendant in the manner prescribed by Rule 4(h) of the Federal Rules of Civil Procedure.  Plaintiff should note that service upon a corporation must be addressed specifically to "an officer or managing or general agent (or other agent authorized by appointment or law to receive service of process) . . ." *Id.*

      Alternatively, Fed. R. Civ. P. 4(d) allows Plaintiff the option of sending Defendants a notice of the commencement of the action and a request that each Defendant waive formal service of process.  If a Defendant fails to return the waiver form (which Plaintiff must enclose), Plaintiff must formally serve that Defendant, and that Defendant may be liable for the costs of formal service. Plaintiff should thoroughly review Rule 4 before attempting service by either of the above methods.

Finally, Plaintiff is advised that he is responsible for service within 120 days, or the cause may be dismissed.  *See* Fed. R. Civ. P. 4(m).

Accordingly, it is **ORDERED**:

1. The clerk of court shall forthwith issue a summons for each Defendant and send the summonses to Plaintiff.  The clerk shall also send Plaintiff a copy of the waiver of service forms for his use (it is Plaintiff's responsibility to determine the number of waiver forms he needs and make the appropriate number of photocopies).  The clerk shall additionally send Plaintiff two (2) additional copies of this order.  Plaintiff shall be responsible for prompt service of the complaint upon Defendants.  Each complaint must be accompanied by a copy of this order.

2. After a response to the complaint has been filed by Defendants, Plaintiff shall be required to mail to the attorney for each Defendant a copy of every pleading or other paper submitted for consideration by the court.  Plaintiff shall include with the original paper to be filed with the clerk of court a "certificate of service" which states the date a correct copy of the paper was mailed to each Defendant or to the attorney representing each Defendant.  Any paper submitted for filing after a response to the complaint has been filed by Defendants which does not contain a "certificate of service" shall be returned by the clerk and disregarded by the court.

3. In accordance with 28 U.S.C. § 636(c)(2), the clerk shall forward to Plaintiff a form for consenting to trial by the magistrate judge, with the case number written on it.  If Plaintiff wishes to consent he should sign the form and forward it to counsel for Defendants, who shall return it to the clerk only if both Defendants consent.

**DONE AND ORDERED** this 17th day of June 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.:  3:09cv234/WS/EMT