# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

EARL B. DEAN

    vs                                        Case No. 3:09cv234/WS/EMT

A T & T, et al.

_____

## ORDER

Plaintiff's **"MOTION TO AMEND RELIEF DEMAND" (received by the clerk of the court on June 25, 2009)**, was referred to the undersigned with the following deficiencies:

The document is not properly captioned for this court. Every paper filed after the complaint must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

The document is not in proper form. A request for a court order shall be by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b). Moreover, Plaintiff is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief or presenting arguments. *See* N.D. Fla. Loc. R. 7.1(F)(1).

Plaintiff has not previously amended his complaint and thus is entitled to file an amended complaint as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). When any such amended complaint is submitted, however, it must be filed in its entirety, with all of the amendments incorporated therein. *See* N.D. Fla. Loc. R. 15.1.

For these reasons, it is **ORDERED** that:

>The submitted hard copy of the document shall be returned to Plaintiff by the Clerk without electronic filing.  It may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 16th day of July 2009.

    /s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**