IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

EARL B. DEAN,
    Plaintiff,

v.                                    Case No. 3:09cv234/WS/EMT

AT & T and NUVOX,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon Plaintiff's request, which is treated as a motion, to voluntarily dismiss Defendant AT & T from this action without prejudice (Doc. 16).

Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure provides that an action may be dismissed without an order of the court by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Unless otherwise stated, the dismissal is without prejudice. *See* Fed. R. Civ. P. 41(a)(1). Here, AT & T has neither served an answer nor a motion for summary judgment. It therefore is clear that Plaintiff is automatically entitled to voluntarily dismiss this action against Defendant AT & T. Dismissal should be without prejudice.

The court previously recommended that, pursuant to the parties' stipulation, Defendant NUVOX be dismissed *with* prejudice (Doc. 15). Should the district court adopt the recommendation as to Defendant NUVOX, no defendants will remain in this case. Therefore, upon the district court's adoption of both Reports, this court additionally recommends that the clerk be directed to enter judgment and close this case.

Accordingly, it is respectfully **RECOMMENDED**:

1.    That Plaintiff's motion to voluntarily dismiss Defendant AT & T from this action without prejudice (Doc. 16) be **GRANTED**.

2. That this case be **DISMISSED without prejudice** as to Defendant AT & T.

3. That, in the event the district court adopts the recommendation of dismissal with prejudice as to Defendant NUVOX, the clerk be directed to **ENTER** judgment and **CLOSE** this case.

At Pensacola, Florida this 20th day of August 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only. A copy of objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**